FILED
DEC - 2 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| Jason Howard Chinn | #3369930 |
| VERNON DALE Helmick | #3591370 |
| Elvis Leo Russell "JR" | #3511658 |
| Michael Crawford | #3569844 |
| *(Enter above the full name of the plaintiff or plaintiffs in this action).* | *(Inmate Reg. # of each Plaintiff)* |

**VERSUS**

**CIVIL ACTION NO.** 3:19-cv-00853
*(Number to be assigned by Court)*

SuperIntendant Sereal
Western Regoinal Jail
Major Aldridge

*(Enter above the full name of the defendant or defendants in this action)*

**COMPLAINT**

**I. Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ______ No ✓

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

Plaintiffs: N/A —

Defendants: —

2. Court (if federal court, name the district; if state court, name the county);

N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned:

N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

**II. Place of Present Confinement:** Western Regional Jail

A. Is there a prisoner grievance procedure in this institution?

Yes ✓ No ______

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ✓ No ______

C. If you answer is YES:

1. What steps did you take? Typed grievance on Kiosk and Kiosk inquirory

2. What was the result? Told the officer that made offending changes is no longer at facility

D. If your answer is NO, explain why not: officer that changed policy no longer here.

**III. Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: Jason Howard Chinn #3369930

Address: One Ohanlon place, Barboursville, W.Va, 25704

B. Additional Plaintiff(s) and Address(es): Edward Lee Lewis, Greg White, Shannon Baker, Cornell Cordon, Kevin Iell, Jeffery Sutton, Alex Davis, Gary Higinbothom, Galen McGuire,

continued from pg. 3

4 John Rollins 3624235
Joseph Cruickshank 3619101
Tony Rose 3625026
Jeffrey Spencer 3558824
Jeffery [illegible] 344996

Donald Porter
Mike Smith
Jacob Miller

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Super Intendant Sierial

is employed as: Super Intendant

at Western Regional Jail

D. Additional defendants: ______________________

______________________

______________________

______________________

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

These Facts are the Living Condions of all Plantiffs. The Facility is violating its own policy and procedunes governing its spiecial management unit. Section A8 is a 16 man 16 cell pod desingned to house and intended For use as a lock down (Segragation unit). The cells are desinged For Single occupancy

continued from pg:4
Violations prompting the list of platiffs here in to bring this issue before your Honorable Court. The following List of actions (Rules) are our complaints.

(1.) 12 to 16 Hours a day lock down without disiplinary violations. Due to the classification division in the unit. The only reason this unit was doubled together is as Major Barry stated to us was temporary for painting throughout the unit. At the timing of the unit being Finished Major Barry went back to the D.O.C Facilitie he originally operates so the move he made with Speicial management was never reversed as he said it would be. Speicial Management units were orginally Sections A6 and A7 one for presentence offenders and one for convicted. Allowing for full Day room recreation as the rest of the jail. Plantif Jason Chinn #3369930 put in a couple different inquiries as to if Speicial Management was going to be moved back to different units and

inquiries went unanswered and inmate Jason Chinn #3369930 then filled several greivances in wich several are still unanswered or acknowledged and one was answered by stating Major Barry isnt here any more.

(2) Being denied access to our Classes Both Educational, and Rehabilitational. When we applied/requested to participate in the GED program and other classes offered at the facility we were told by the Educational staff and Security staff that Section A8 is considered a segragation unit and unable to attend any classes offered. There has been several inquireies, greivances and please to obtain classes by inmates all met with denials. They, the administration, says we as spiecial management are to be segagated from the general population, yet we arenot escorted, during movement to medical, visatation, lawyer visits, or other facility functions. The idea of letting Speicial Management atend classes by correspondence has been

Continued from pg. 4
raised verbally as well as in writting and has not been responded to.

(3.) Outside recreation, Gym,
There is a set schedule for outside recreation per pod yet where we are segragated by teir we are constantly denied access due to conflicting hours of each teirs out times.

(4.) Church / Releigouse Services
Due to segragation of special management from general population section A8 is no offered to attend releigouse services lagely as a unit Due classification seperation within the unit.

**IV. Statement of Claim (continued):**

the bottom 8 cells are used for pre sentence offenders that require speicial management, the top 8 cells for convicted offendere that require speicial management. The administration says the seperation is due to 2 different Classifications, yet Section A8 and the speicial management unit is the only pod being subjected to this type of division, resulting in the

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Classifications seperated by unit and dayroom recreation extended to same times as general population.
Access to classes for education and rehabilitation. Outside recreation set so we get our required hour a day. Access to relegouse services.. Court and Lawyer Fees paid

**V. Relief (continued)):**

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**VII. Counsel**

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ______ No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

N/A

N/A

If not, state your reasons: No way to contact one/Can not afford one.

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ______ No ✓

If so, state the lawyer's name and address:

No Lawyer
______________________________________________

______________________________________________

Signed this _________ day of ________________________, 20_____.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ________________________________.

(Date)

______________________________________________

Signature of Movant/Plaintiff

______________________________

Signature of Attorney
(if any)

Jason Chinn
33609930

WESTERN REGIONAL JAIL
ONE O'HANLON PLACE
BARBOURSVILLE, WV 25504







This is from an
INMATE at the
Western Regional Jail

United District Court
845 FiFTh Avenue Room 101
Huntington, wva, 25701

LEGAL MAIL