**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JEFFREY SUTTON,

          Plaintiff,

v.                                                                    CIVIL ACTION NO.   3:20-0081

SUPERINTENDENT SEREAL;
WESTERN REGIONAL JAIL; and
MAJOR ALDRIDGE,

          Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge,

for submission to this Court of proposed findings of fact and recommendation for disposition,

pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and

recommended that the complaint be dismissed, without prejudice, and that this action be removed

from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings

and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation

of the Magistrate Judge and **ORDERS** that the complaint be **DISMISSED**, without prejudice, and

that this action be **REMOVED** from the docket of the Court, consistent with the findings and

recommendation.

-2-

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:        June 16, 2020

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE